Charles Gerst, Appellant, v. Buffalo Commercial Insurance Company of Buffalo, N. Y., Respondent.— Judgment affirmed, with costs. No opinion.

Charles Gerst, Appellant, v. Buffalo German Fire Insurance Company of the City of Buffalo, N. Y., Respondent.— Judgment affirmed, with costs. No opinion.

Mary Coffey, as Administratrix, etc., of Daniel Coffey, Deceased, Respondent, v. Richard L. Walsh Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Ingraham, J., dissenting.)

Carrie Loeb and Jennie Loeb, Appellants, v. Supreme Lodge of the Royal Arcanum, also Known as Supreme Council of the Royal Arcanum, Respondent. — Judgment affirmed, with costs. No opinion. (Clarke, J., dissenting.)

Per Nelson, Appellant, v. New York City Railway Company, Respondent.— Judgment affirmed, with costs. No opinion.

Anna Creatore, Appellant, v. Joseph Creatore, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of The City of New York, Respondent, Relative to Acquiring Title, etc., to the Lands, Tenements and Hereditaments Required for the Widening of Riverside Drive on the Easterly Side from West One Hundred and Fifty-eighth Street to West One Hundred and Sixty-fifth Street, in the Twelfth Ward, Borough of Manhattan, City of New York. The Female Academy of the Sacred Heart and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Caroline Sayles Chittenden (Formerly Caroline M. Holls), as Sole Executrix, etc., of Frederick W. Holls, Deceased, Respondent, v. San Domingo Improvement Company of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Caroline Sayles Chittenden (Formerly Caroline M. Holls), as Sole Executrix, etc., of Frederick W. Holls, Deceased, Respondent, v. San Domingo Improvement Company of New York, Defendant. The Morton Trust Company, a Third Party, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Julia B. Thayer, Deceased.— Appeal dismissed, with ten dollars costs. No opinion.

In the Matter of the Appraisal under the Act in Relation to Taxable Transfers of Property of the Property of Julia B. Thayer, Deceased. The Comptroller of the State of New York, Appellant; Frederick H. Kingsbury and Louis Derr, as Executors and Trustees under the Last Will and Testament and Codicil Thereto of Julia B. Thayer, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Apostleship of Prayer, Respondent, v. Lawson Purdy, President, and Others, as Commissioners of Taxes and Assessments, Constituting the Board of Taxes and Assessments of the City of New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. (McLaughlin and Scott, JJ., dissenting.)